JS-6

Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVN WORLDWIDE, LTD., a Mauritius limited company,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPUSAT HOLDINGS, INC., a Florida corporation; OLYMPUSAT, LLC, a Florida limited liability company; OLYMPUSAT, INC., a Florida corporation; THOMAS MOHLER, an individual; OCEAN NEW MEDIA, LLC, a Florida limited liability company; FOX ENTERTAINMENT INC., a Delaware corporation; PARAMOUNT GLOBAL, INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 2:23-cv-06326-PA-AGR<br>*Hon. Percy Anderson Presiding*<br><br>**ORDER GRANTING STIPULATION TO TRANSFER CASE TO SOUTHERN DISTRICT OF FLORIDA** |

- 1 -

ORDER GRANTING STIPULATION TO TRANSFER CASE TO SOUTHERN
DISTRICT OF FLORIDA

# ORDER

For good cause showing as a change of venue would be both for the convenience of the parties and witnesses in this action; as this case could have been brought in the United States District Court for the Southern District of Florida; and in the interest of justice, the STIPULATION TO TRANSFER CASE TO SOUTHERN DISTRICT OF FLORIDA brought by plaintiff LIVN WORLDWIDE, TLD and the defendants OLYMPUSAT HOLDINGS, INC.; OLYMPUSAT, LLC; OLYMPUSAT, INC.; THOMAS MOHLER; and OCEAN NEW MEDIA, LLC is GRANTED, and this case is hereby transferred to the U.S. District Court for the Southern District of Florida.

**IT IS SO ORDERED.**

DATED: November 22, 2023

_____
Percy Anderson
United States District Judge

ORDER GRANTING STIPULATION TO TRANSFER CASE TO SOUTHERN DISTRICT OF FLORIDA