**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 9:23-cv-81515-DMM**

LIVN WORLDWIDE, LTD.,

        Plaintiff/Counter-defendant,

 v.

OLYMPUSAT HOLDINGS, INC., et al.,

        Defendants/Counterclaimants.

_____

## ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COUNTERCLAIM

### Jury Trial Demanded

Plaintiff and Counter-defendant, LIVN WORLDWIDE, LTD ("Counter-defendant") by and through their undersigned counsel, hereby serves their Answer and Affirmative Defenses to the allegations contained in Defendants and Counterclaimants, OLYMPUSAT HOLDINGS, INC., OLYMPUSAT, LLC, OLYMPUSAT, INC., THOMAS MOHLER, and OCEAN NEW MEDIA, LLC (collectively the "Counterclaimants"), Amended Counterclaim, *see generally,* Doc. 69, and in support thereof, states as follows:

### Answering Nature of the Action

1.     Counter-defendant is without sufficient knowledge to admit or deny the allegations this paragraph of the Counterclaim, and on that basis denies them.

### Answering "Parties"

2.     Counter-defendant is without sufficient knowledge to admit or deny the allegations this paragraph of the Counterclaim, and on that basis denies them.

3.     Counter-defendant is without sufficient knowledge to admit or deny the allegations this paragraph of the Counterclaim, and on that basis denies them.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

4.      Counter-defendant is without sufficient knowledge to admit or deny the

allegations this paragraph of the Counterclaim, and on that basis denies them.

### Answering Jurisdiction and Venue

5.      Paragraph 5 of the Counterclaim consists of legal conclusions and does not

require a response; to the extent a response is required, Counter-defendant denies the allegations.

6.      Paragraph 6 of the Counterclaim consists of legal conclusions and does not

require a response; to the extent a response is required, Counter-defendant denies the allegations.

7.      Paragraph 7 of the Counterclaim consists of legal conclusions and does not

require a response; to the extent a response is required, Counter-defendant denies the allegations.

### Answering Factual Allegations

8.      Counter-defendant is without sufficient knowledge to admit or deny the

allegations this paragraph of the Counterclaim, and on that basis denies them.

9.      Counter-defendant is without sufficient knowledge to admit or deny the

allegations this paragraph of the Counterclaim, and on that basis denies them.

10.     Counter-defendant states that the 2019 Agreement and 2021 Agreement speak for

themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of

the Counterclaim and demands strict proof thereof.

11.     Counter-defendant states that the 2019 Agreement and 2021 Agreement speak for

themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of

the Counterclaim and demands strict proof thereof.

12.     Paragraph 12 of the Counterclaim consists of legal conclusions and does not

require a response; to the extent a response is required, Counter-defendant denies the allegations.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

13.     Counter-defendant states that the 2019 Agreement and 2021 Agreement speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

14.     Counter-defendant states that the 2019 Agreement and 2021 Agreement speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

15.     Counter-defendant states that the 2019 Agreement and 2021 Agreement speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

16.     Counter-defendant states that the 2019 Agreement and 2021 Agreement speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

17.     Counter-defendant states that the 2019 Agreement and 2021 Agreement speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

18.     Counter-defendant states that the 2019 Agreement and 2021 Agreement speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

19.     Counter-defendant states that the 2019 Agreement and 2021 Agreement and any amendments thereof speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

20.     Counter-defendant states that the 2019 Agreement and 2021 Agreement and any amendments thereof speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

21.     Counter-defendant states that the 2019 Agreement and 2021 Agreement and any amendments thereof speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

22.     Counter-defendant states that the 2019 Agreement and 2021 Agreement and any amendments thereof speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

23.     Counter-defendant states that the 2019 Agreement and 2021 Agreement and any amendments thereof speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

24.     Counter-defendant states that the 2019 Agreement and 2021 Agreement and any amendments thereof speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

25.     Counter-defendant states that the 2019 Agreement and 2021 Agreement and any amendments thereof speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

26.     Counter-defendant states that the 2019 Agreement and 2021 Agreement and any amendments thereof speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

27.     Counter-defendant states that the 2019 Agreement and 2021 Agreement and any amendments thereof speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

28.     Counter-defendant states that the 2019 Agreement and 2021 Agreement and any amendments thereof speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

29.     Counter-defendant states that the 2019 Agreement and 2021 Agreement and any amendments thereof speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

30.     Counter-defendant states that the 2019 Agreement and 2021 Agreement and any amendments thereof speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

31.     Counter-defendant states that the 2019 Agreement and 2021 Agreement and any amendments thereof speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

32.     Counter-defendant is without sufficient knowledge to admit or deny the allegations this paragraph of the Counterclaim, and on that basis denies them.

33.     Counter-defendant is without sufficient knowledge to admit or deny the allegations this paragraph of the Counterclaim, and on that basis denies them.

34.     Counter-defendant is without sufficient knowledge to admit or deny the allegations this paragraph of the Counterclaim, and on that basis denies them.

35.     Counter-defendant is without sufficient knowledge to admit or deny the allegations this paragraph of the Counterclaim, and on that basis denies them.

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

36.     Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

37.     Counter-defendant is without sufficient knowledge to admit or deny the allegations this paragraph of the Counterclaim, and on that basis denies them.

38.     Counter-defendant is without sufficient knowledge to admit or deny the allegations this paragraph of the Counterclaim, and on that basis denies them.

39.     Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

40.     Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

## Answering Count I: Breach of License

41.     Answering paragraph 41 of the Counterclaim, Counter-defendant repeats and incorporates the answers and allegations set forth at paragraphs 1 through 40 above as if fully set forth herein.

42.     Paragraph 42 of the Counterclaim consists of legal conclusions and does not require a response; to the extent a response is required, Counter-defendant denies the allegations.

43.     Counter-defendant states that the 2019 Agreement and 2021 Agreement and any amendments thereof speak for themselves. Otherwise, Counter-defendant denies all remaining allegations of this paragraph of the Counterclaim and demands strict proof thereof.

44.     Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

45.     Counter-defendant is without sufficient knowledge to admit or deny the allegations this paragraph of the Counterclaim, and on that basis denies them.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

46.     Counter-defendant is without sufficient knowledge to admit or deny the

allegations this paragraph of the Counterclaim, and on that basis denies them.

47.     Counter-defendant is without sufficient knowledge to admit or deny the

allegations this paragraph of the Counterclaim, and on that basis denies them.

## Answering Count II: Tortious Interference

48.     Answering paragraph 48 of the Counterclaim, Counter-defendant repeats and

incorporates the answers and allegations set forth at paragraphs 1 through 47 above as if fully set

forth herein.

49.     Counter-defendant denies the allegations contained in this paragraph of the

Counterclaim.

50.     Counter-defendant denies the allegations contained in this paragraph of the

Counterclaim.

51.     Counter-defendant denies the allegations contained in this paragraph of the

Counterclaim.

52.     Counter-defendant denies the allegations contained in this paragraph of the

Counterclaim.

## Answering Count III: Unjust Enrichment

53.     Answering paragraph 53 of the Counterclaim, Counter-defendant repeats and

incorporates the answers and allegations set forth at paragraphs 1 through 52 above as if fully set

forth herein.

54.     Paragraph 54 of the Counterclaim consists of legal conclusions and does not

require a response; to the extent a response is required, Counter-defendant denies the allegations.

55.     Counter-defendant denies the allegations contained in this paragraph of the

Counterclaim.

56.     Counter-defendant denies the allegations contained in this paragraph of the

Counterclaim.

57.     Counter-defendant denies the allegations contained in this paragraph of the

Counterclaim.

**Answering Count IV: Breach of Contract**

58.      Answering paragraph 58 of the Counterclaim, Counter-defendant repeats and

incorporates the answers and allegations set forth at paragraphs 1 through 57 above as if fully set

forth herein.

59.     Counter-defendant denies the allegations contained in this paragraph of the

Counterclaim.

60.     Counter-defendant denies the allegations contained in this paragraph of the

Counterclaim.

61.     Counter-defendant denies the allegations contained in this paragraph of the

Counterclaim.

62.     Counter-defendant denies the allegations contained in this paragraph of the

Counterclaim.

**Answering Count V: Negligence**

63.     Answering paragraph 63 of the Counterclaim, Counter-defendant repeats and

incorporates the answers and allegations set forth at paragraphs 1 through 62 above as if fully set

forth herein.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

64.     Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

65.     Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

66.     Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

67.     Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

## Answering Count VI: Fraud In The Inducement

68.     Answering paragraph 68 of the Counterclaim, Counter-defendant repeats and incorporates the answers and allegations set forth at paragraphs 1 through 67 above as if fully set forth herein.

69.     Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

70.     Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

71.     Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

72.     Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

73.     Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

74.      Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

75.      Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

76.      Counter-defendant denies the allegations contained in this paragraph of the Counterclaim.

## Prayer For Relief

The Prayer for Relief requires no response. To the extent any response is deemed required Counter-defendant denies that Counterclaimants should be granted any of the relief requests in paragraphs 1-4.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(Fair Use)

1.      Counterclaimant is barred from recovery in whole or in part because Counter-defendant's use constitutes authorized fair use.

### SECOND AFFIRMATIVE DEFENSE
(Unclean Hands)

2.      The Counterclaimant is barred from recovery by virtue of its inequitable conduct and/or unclean hands.

### THIRD AFFIRMATIVE DEFENSE
(Failure to Mitigate)

3.      Counterclaimant is barred from recovery against Counter-defendant because, among other reasons, it had a duty to exercise reasonable efforts to mitigate damages, if any, caused by the acts of Counter-defendant.

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

## FOURTH AFFIRMATIVE DEFENSE
**(Acts and Omissions)**

4.     Counterclaimants' right to seek any relief in its Counterclaim is barred in whole

or in part by virtue of the acts and omissions of Counterclaimant, its agents, servants, employees,

attorneys, and others within Counterclaimant's control.

## FIFTH AFFIRMATIVE DEFENSE
**(Failure to State a Claim)**

5.     The Counterclaim and each and every purported cause of action therein, fails to

allege facts sufficient to state a claim upon which relief can be granted.

## SIXTH AFFIRMATIVE DEFENSE
**(Laches and Statute of Limitations)**

6.     The Counterclaim, and each and every purported cause of action therein,

is barred by the doctrine of laches and/or by the applicable statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE
**(Lack of Injury or Damages)**

7.     Counterclaimant has suffered no injury or damages as a result of any of the

alleged acts or omissions of Counter-defendant.

## EIGHTH AFFIRMATIVE DEFENSE
**(Invalidity of Registration)**

8.     Counterclaimants' purported copyright and trademark registrations are invalid and

incapable of supporting an action for the relief Counterclaimant seeks.

## NINTH AFFIRMATIVE DEFENSE
**(Lack of Originality)**

9.     Counterclaimants' work does not satisfy the originality requirement necessary to

grant it protection under the Copyright Act.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

### TENTH AFFIRMATIVE DEFENSE
**(No Irreparable Harm)**

10.    Counterclaimants have not suffered any irreparable harm and injunctive relief is

unwarranted.

### ELEVENTH AFFIRMATIVE DEFENSE
**(Waiver)**

11.    Counterclaimants' claims are barred in whole or in part because of waiver.

### TWELFTH AFFIRMATIVE DEFENSE
**(Estoppel)**

12.    Counterclaimants' claims are barred in whole or in part by the doctrine of

estoppel.

### THIRTEENTH AFFIRMATIVE DEFENSE
**(Preemption)**

13.    Counterclaimants' claims are barred in whole or in part because of preemption

### FOURTEENTH AFFIRMATIVE DEFENSE
**(First Amendment)**

14.    Counterclaimants' claims are barred in whole or in part because of the First

Amendment to the Constitution.

### FIFTEENTH AFFIRMATIVE DEFENSE
**(Setoff)**

15.    Counterclaimants' damages, which are disputed, but to the extent they exist they

are barred or reduced by setoff.

### SIXTEENTH AFFIRMATIVE DEFENSE
**(Superior Rights or Excuse)**

16.    Counterclaimants' claims fail because Counter-defendant has superior rights in

regard to the intellectual property at issue or its use of same, which is disputed, was excused.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

## <u>SEVENTEENTH AFFIRMATIVE DEFENSE</u>
### (Right to Assert Additional Affirmative Defenses)

17.     Counter-defendant presently has insufficient knowledge or information on which

to form a belief as to whether additional, as yet unstated affirmative defenses are available.

Counter-defendant reserves the right to assert additional affirmative defenses in the event that

discovery reveals that so doing would be appropriate.

**WHEREFORE**, Counter-defendant pray as follows:

a)  That Counterclaimant takes nothing by its Counter Complaint;

b)  That Counterclaimant's counterclaims be dismissed with prejudice and that judgment

be awarded in favor of Counter-defendant;

c) That Counter-defendant be awarded its reasonable attorney's fees herein;

d) That Counter-defendant be awarded its costs of suit herein; and

e) That Counter-defendant be awarded such other and further relief as the Court deems

just and proper;

f) That Counter-defendant be declared to have not violated any rights of

Counterclaimants and to have its rights clarified as set forth herein; and

g.) For trial by jury on the claims at issue herein.


Date:  April 18, 2024                    Respectfully submitted,

                                         */s/ Joel B. Rothman*
                                         JOEL B. ROTHMAN
                                         Florida Bar No.: 98220
                                         joel.rothman@sriplaw.com

                                         **SRIPLAW, P.A.**
                                         21301 Powerline Road
                                         Suite 100
                                         Boca Raton, FL 33433
                                         561.404.4350 – Telephone
                                         561.404.4353 – Facsimile

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

and

SCOTT ALAN BURROUGHS
California Bar No.: 235718 (*Pro Hac Vice*)
scott@donigerlawfirm.com
FRANK R. TRECHSEL
California Bar No.: 312199 (*Pro Hac Vice*)
ftrechsel@donigerlawfirm.com

**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, CA 90291
310.590.1820 – Telephone

*Attorneys for Plaintiff LIVN WORLDWIDE, LTD*